1020

**UNITED STATES of America, Appellant, v. H. K. BACHELDER, Trustee in Bankruptcy of the Christie Film Company, Appellee.**

No. 7972.

Circuit Court of Appeals, Ninth Circuit.
Sept. 16, 1935.

Peirson M. Hall, U. S. Atty., Alva C. Baird and Robert W. Daniels, Asst. U. S. Attys., and Eugene Harpole, Atty., Bureau of Internal Revenue, all of Los Angeles, Cal., for the United States.

Walter C. Durst and David Schwartz, both of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America, Plaintiff-Appellee, v. Maxwell GOLDSTEIN, Hyman H. Goldsmith, and Frederick J. Jorrisch, Defendants-Appellants.**

Nos. 491–495.

Circuit Court of Appeals, Second Circuit.
July 1, 1935.

Potter & Potter, of New York City, for appellant Goldsmith.

David P. Siegel, of New York City (A. Isadore Eibel, of New York City, of counsel), for appellant Goldstein.

Emanuel Schoenzeit, of New York City, for appellant Jorrisch.

F. W. H. Adams, U. S. Atty., of New York City (John W. Burke, Jr., of Yonkers, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgments and orders affirmed.

**UNITED STATES of America, Appellant, v. Charles F. COCO, Appellee.**

No. 7763.

Circuit Court of Appeals, Ninth Circuit.
Aug. 5, 1935.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., for the United States.

James H. O'Neill and Wm. H. Wilson, both of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.